```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              DEC 1 0 2012

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2
   BLAINE T. WELSH
3  Assistant United States Attorney
   Nevada Bar No. 4790
4  333 Las Vegas Boulevard, Suite 5000
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336
   Facsimile: (702) 388-6787
6  Email: Blaine.Welsh@usdoj.gov

7  Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-cv-01916-RCJ-GWF |
| v. | |
| WAYNE REEVES, DIANE VAOGA, and JAMES STOLL, | |
| Defendants. | |

### MOTION AND SPECIAL SHOW CAUSE TO PERMIT APPEARANCE OF GOVERNMENT COUNSEL *PRO HAC VICE*

Pursuant to LR IA 10-3, the United States of America respectfully requests that the Court permit Mark C. Milton to practice before this Court in all matters relating to the above-captioned case. Mr. Milton is a trial attorney with the United States Department of Justice, Tax Division, with his office located in Washington, D.C., and is an active member in good standing of the Missouri bar.

The grounds for this motion and special show cause to enter an appearance in this case are as follows:

1. The "conduct of litigation in which the United States, an agency, or officer thereof is a party, or is interested, and securing evidence therefor, is reserved to officers of the Department of Justice, under the discretion of the Attorney General." 28 U.S.C. § 516. In addition, pursuant to 28 U.S.C. § 515(a), the Attorney General or any other officer of the Department of Justice is authorized to conduct any kind of legal proceeding, civil or criminal, which United States Attorneys are authorized to conduct, "whether or not he is a resident of the district in which the proceeding is brought." Further, any officer of the Department of Justice may be sent by the Attorney General to any judicial district in the United States "to attend to the interests of the United States in a suit pending in a court of the United States, . . . or to attend to any other interest of the United States." 28 U.S.C. § 517.

2. Pursuant to these statutory authorities, the Attorney General has delegated litigation authority to the Assistant Attorney General for the Tax Division, 28 C.F.R., Subpart M, including the assignment of civil suits and matters in federal courts arising under the internal revenue laws. 28 C.F.R. § 0.70(a).

3. While these statutory and legal authorities ordinarily establish the basis for a Tax Division attorney to appear on behalf of the United States in any federal court, on June 6, 2012, this Court gave notice to the First Assistant U.S. Attorney for the United States Attorney's Office for the District of Nevada that the Court "will no longer grant *pro hac* recognition to Washington D.C. Justice Attorneys without a special show cause that they will comply with court orders, local ethical rules and the rules of the State Bar of Nevada." (*United States of America v. Estate of E. Wayne Hage, et al.*, 2:07-cv-01154-RCJ-VCF; ECF # 336 at 2). In light of that notice, the United States attaches the Declaration of Mark C. Milton, which attests that Mr. Milton will comply with court orders, local ethical rules, and the rules of the State Bar of Nevada.

Accordingly, the United States respectfully requests that an order be issued at the earliest opportunity allowing Mark C. Milton to practice before this Court in this matter.

Respectfully submitted this 28th day of November 2012.

DANIEL G. BOGDEN
United States Attorney

*s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED.

ROBERT C. JONES
United States District Judge

DATED: December 10, 2012

```
 1  DANIEL G. BOGDEN
    United States Attorney
 2
    BLAINE T. WELSH
 3  Assistant United States Attorney
    Nevada Bar No. 4790
 4  333 Las Vegas Boulevard, Suite 5000
    Las Vegas, Nevada 89101
 5  Telephone: (702) 388-6336
    Facsimile: (702) 388-6787
 6  Email: Blaine.Welsh@usdoj.gov

 7  MARK C. MILTON
    Missouri Bar No. 63101
 8  Trial Attorney, Tax Division
    United States Department of Justice
 9  P.O. Box 7238, Ben Franklin Station
    Washington, DC 20044
10  Tel: (202) 616-2904
    Fax: (202) 514-6770
11  Email: mark.c.milton@usdoj.gov

12  Attorneys for the United States
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:12-cv-01916 |
| | ) |
| WAYNE REEVES, | ) |
| DIANE VAOGA, and | ) |
| JAMES STOLL, | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF MARK C. MILTON

I, Mark C. Milton, submit the following statement in accordance with 28 U.S.C. § 1746:

1. I submit this declaration in support of the Motion and Special Show Cause to Permit Appearance of Government Counsel *Pro Hac Vice*. I have personal knowledge of the facts stated herein. If called upon to testify, I would testify that the facts set forth in this declaration are true and correct.

2. I graduated and received a B.A. in Accountancy, *with honors*, from the University of Illinois at Urbana-Champaign in 2007. I received a J.D. degree, *cum laude*, from St. Louis University School of Law in 2010. I was admitted to the Bar of Missouri in 2010 and I have remained an active member in good standing of that bar at all times since then. In my capacity as a federal government attorney, I have practiced before the United States District Courts in various states, including, but not limited to, Minnesota, Missouri, New Jersey, North Carolina, Pennsylvania, and Oklahoma.

3. I have never been the subject of any ethical proceeding, nor has any court or individual ever alleged that I have acted in any manner other than in strict accordance with all applicable legal and ethical rules and standards of conduct.

4. I have worked continuously as a practicing attorney for more than two years, all with the Department of Justice, Tax Division.

5. I have been asked by the Department of Justice to serve as lead counsel in the present case, *United States of America v. Reeves, et al.*, 12-cv-01916.

6. I hereby attest and affirm that I will comply with this Court's Orders. I further attest and affirm that I have reviewed and will comply with local ethical rules and the rules of the State Bar of Nevada.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

_____
MARK C. MILTON