1

2

3

4                        **UNITED STATES DISTRICT COURT**

5                            **DISTRICT OF NEVADA**

6

7    UNITED STATES OF AMERICA,                    )

8                        Plaintiff,               )      Case No. 2:12-cv-01916-RCJ-GWF
                                                  )
9    vs.                                          )      **ORDER**
                                                  )
10   WAYNE REEVES, et al.,                        )      Motion for Extension of Time to
                                                  )      Answer Complaint (#6)
11                       Defendants.              )
     _____  )

12

13          This matter comes before the Court on pro-se Defendant Wayne Reeves' ("Defendant")

14   Motion for Extension of Time to Answer Complaint (#6), filed on December 28, 2012.  Plaintiff

15   United States of America ("Plaintiff") filed a Response (#7) on January 4, 2013.  Defendant's

16   answer was due December 31, 2012.  Citing an inability to answer timely due to travel, Defendant

17   now moves for an extension of time until January 14, 2013.  In its Response (#7) to the instant

18   Motion, Plaintiff consents to the extension.  Accordingly,

19          **IT IS HEREBY ORDERED** that Defendant Wayne Reed's Motion to Extend Time to File

20   a Response to Complaint (#6) is **granted**.

21          **IT IS FURTHER ORDERED** that Defendant shall have until **January 14, 2013** to answer

22   Plaintiff's Complaint (#1).

23          DATED this 4th day of January, 2013.

24

25                                        _____
                                          GEORGE FOLEY, JR.
26                                        United States Magistrate Judge

27

28