# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WAYNE REEVES, et al.,<br><br>　　　　　Defendants. | Case No. 2:12-cv-01916-RCJ-GWF<br><br>**ORDER**<br><br>Motion for Extension of Time to Answer Complaint (#6) |

　　　This matter comes before the Court on pro-se Defendant Wayne Reeves' ("Defendant") Motion for Extension of Time to Answer Complaint (#6), filed on December 28, 2012. Plaintiff United States of America ("Plaintiff") filed a Response (#7) on January 4, 2013. Defendant's answer was due December 31, 2012. Citing an inability to answer timely due to travel, Defendant now moves for an extension of time until January 14, 2013. In its Response (#7) to the instant Motion, Plaintiff consents to the extension. Accordingly,

　　　**IT IS HEREBY ORDERED** that Defendant Wayne Reed's Motion to Extend Time to File a Response to Complaint (#6) is **granted**.

　　　**IT IS FURTHER ORDERED** that Defendant shall have until **January 14, 2013** to answer Plaintiff's Complaint (#1).

　　　DATED this 4th day of January, 2013.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　United States Magistrate Judge