# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:12-cv-01916-RCJ-GWF |
| vs. ) | **ORDER** |
| WAYNE REEVES, et al., ) | |
| Defendants. ) | |

This matter comes before the Court on Defendants Wayne Reeves and Diane Vaoga's Motion for Permission for Electronic Case Filing (#36), filed on May 13, 2013. Defendants request permission to file all future pleadings electronically through the Court's CM/ECF filing system. The Court will allow Defendants to file future documents electronically only after Defendants have demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

**IT IS HEREBY ORDERED** that Defendants Reeves and Vaoga's Motion for Permission for Electronic Case Filing (#36) is **granted**. Defendants must comply with the following procedures to activate their CM/ECF accounts:

    a. On or before **May 16, 2013**, Defendants must provide certifications that they have completed the CM/ECF tutorial and are familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this Court's website, www.nvd.uscourts.gov.

    b. Defendants are not authorized to file electronically until said certifications are filed with the Court within the time frame specified.

. . .

    c.    Upon timely filing of the certifications, Defendants shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 16th day of May, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge