# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-01916-RCJ-GWF |
| vs. | ) | **ORDER** |
| WAYNE REEVES, *et al.*, | ) | **Motion for Reconsideration - #39** |
| Defendants. | ) | |

This matter comes before the Court on the United States' Motion for Reconsideration (#39) on the Court's Order (#37) granting Defendants Wayne Reeves and Diane Vaoga's ("Defendants") Motion (#36) for Permission to File Electronically, filed on May 21, 2013.  The Government does not oppose Defendants' ability to file electronically, but notes that Defendant Reeves signed the Motion (#36) on behalf of himself and Defendant Vaoga.  "While a non-attorney may appear pro se on his own behalf, he has no authority to appear as an attorney for others than himself." *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987) (internal quotations omitted). Defendant Reeves does not have the authority to sign pleadings on Defendant Vaoga's behalf, and the Court cautions Defendant Reeves that he may not sign further pleadings on behalf of any party other than himself.  To the extent that Defendants are acting pro se, each must submit and sign his or her own pleadings.  Accordingly,

...

...

...

...

...

**IT IS HEREBY ORDERED** that the United States' Motion to Reconsider (#39) is **granted**.

**IT IS FURTHER ORDERED** that the Court's May 16, 2013 Order (#37) is **withdrawn** as to Defendant Diane Vaoga.  Defendant Vaoga may submit her own motion for permission to file electronically.

DATED this 29th day of May, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge