# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-CV-1916-RCJ-GWF |
| Plaintiff, | |
| vs. | **MINUTE ORDER** |
| WAYNE REEVES, DIANE VAOGA, and JAMES STOLL, | |
| Defendants. | |

Presently before the Court is Plaintiff's Motion to Approve Agreed Order of Permanent Injunction Against James Stoll (ECF #28) filed on March 21, 2013.

IT IS HEREBY ORDERED that Plaintiff's Motion to Approve Agreed Order of Permanent Injunction Against James Stoll (ECF #28) is DENIED.

**IT IS SO ORDERED** this 11th day of July, 2013.

_____
ROBERT C. JONES
United States Chief District Judge