# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE REEVES,<br>DIANE VAOGA, and<br>JAMES STOLL,<br><br>Defendants. | Case No.: 2:12-CV-1916-RCJ-GWF<br><br>**MINUTE ORDER** |

Presently before the Court is Plaintiff's Motion to Approve Agreed Order of Permanent Injunction Against James Stoll (ECF #28) filed on March 21, 2013.

IT IS HEREBY ORDERED that Plaintiff's Motion to Approve Agreed Order of Permanent Injunction Against James Stoll (ECF #28) is DENIED.

**IT IS SO ORDERED** this 11th day of July, 2013.

_____
ROBERT C. JONES
United States Chief District Judge