AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

United States of America

Plaintiff,

V.

Wayne Reeves, Diane Vaoga, James Stoll

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-01916-RFB-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that default judgment is hereby entered against Defendants Wayne Reeves and Diane Vaoga and in favor of Plaintiff United States of America pursuant to Order #105 entered January 22, 2015.

| | |
|---|---|
| January 22, 2015 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Molly Morrison |
| | (By) Deputy Clerk |