# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE REEVES,<br>DIANE VAOGA, and<br>JAMES STOLL,<br><br>Defendants. | Case No. 2:12-cv-01916-RFB-GWF<br><br>**ORDER**<br><br>Defendants' Motions to Dismiss (ECF Nos. 62, 74, 97) |

This matter is before the Court on several Motions to Dismiss filed by Defendant Wayne Reeves and Diane Vaoga (ECF Nos. 62, 74, 97). On January 21, 2015, the Court adopted the Report and Recommendation of Magistrate Judge George W. Foley and granted Plaintiff's Motion for Sanctions and for Entry of Default Judgments against Reeves and Vaoga. Order, ECF No. 105. Default judgments were subsequently rendered in favor of Plaintiff and against Reeves and Vaoga. ECF No. 107. On January 22, 2015, the Court issued a permanent injunction order against Reeves and Vaoga. Order of Permanent Inj., ECF No. 108.

Judgment has now been entered against Reeves and Vaoga, rendering moot their outstanding Motions to Dismiss. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Wayne Reeves's Motion to Dismiss (ECF No. 62) is DENIED as moot.

**IT IS FURTHER ORDERED** that Defendants Wayne Reeves and Diane Vaoga's Motions to Dismiss (ECF Nos. 74, 97) are DENIED as moot.

DATED this 23rd day of January, 2015.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**